IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BIBBS, | No. C 11-0526 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

Petitioner, a California prisoner proceeding pro se, filed this habeas action on February 3, 2011. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not respond to the deficiency notice within thirty days. No response has been received, and the filing fee has not been paid. Accordingly, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: March 29, 2011

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BIBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>BEN CURRY et al,<br><br>    Defendant. | Case Number: CV11-00526 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Bibbs
CSP-Sac
P.O. Box 290002
H09175
Represa, CA 95671

Dated: March 29, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk